ROGER A. MANICCIA *v.* ADMINISTRATOR, UNEMPLOYMENT
COMPENSATION ACT ET AL.
(12433)

FOTI, HEIMAN and SCHALLER, Js.

Argued February 25—decision released March 22, 1994

*Roger A. Maniccia,* pro se, the appellant (plaintiff).

*Sharon A. Scully,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Charles A. Overend,* assistant attorney general, for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.